3/23/18

I was flying a sign, and I'm trying to make money to go back to Oakland. They commenced to run me off the block, and which point they broke my [scribbled out] violated my rights and broke a federal investigation twice.

[scribbled out line]

I am sending you some drone photos. They ran me from the library without a reason today. A policeman told me I need to leave Springfield today and also threatened me. I am currently afraid for my very life.

THIS IS THE OLD COMPLAINT TOO

Jerry McFarland

March 30, 2018

III. Statement of Claim - Written by Jamal Simonds, [signature] JS

I moved here from California to get away from profiling because I have a number of lawsuits against Washington State Lacey P.D. The lawsuits I have filed are about the fact that I travel and wherever I go the same things keep happening. I left California and I filed two lawsuits against Arcata and Humboldt County, and I got to Springfield, MO and the same stuff that was happening there is happening here, and I filed a lawsuit against Greene County too. When I filed a federal lawsuit against Greene County Sheriff Department they sent my evidence back to me but said there was no case found in my name in which to file with the evidence, but I sent the complaint to the same place I sent the evidence. I'm sending this complaint with the evidence of these things happening. They are stalking me, profiling me, watching me with drones, and I'm being displaced wherever I go. I want federal charges brought against the Greene County Sheriff Department. Me and my buddy were in the library doing legal work against Greene County while I was filing a lawsuit against them. I'm actually that friend and I'm filling out this paperwork for him, and can testify to what happened that day. Two sheriffs came into the library while we were doing that and charging up and one of them told me to leave town and banned me from the library and it's on audio and video. I want to know where the federal complaint is and why the judge never received it. I think there is a conspiracy because it's happening everywhere I go and I have photos and evidence that this is happening but when they sent back my evidence they didn't send back all of my photos. I still have those 4 photos that I'm sending with this complaint. I think they destroyed those photos and destroyed the complaint too. I have those photos saved on my phone and I'm going to Wal-Mart to print them and send them with this complaint. ~~The~~ I'm also sending evidence of the other complaint that they sent back but this is the new one

REC'D MAR 2 2 2018

These are drones that I took photos of across the street from Wal-Mart on N Kansas Expressway. The police are following me with the drones and they are stalking me for no reason and I think that ~~that~~ Lacey P.D. in Washington state is behind it with money. I'm asking the courts to put them on a federal ban list because they are breaking federal guidelines. ~~[scribbled out]~~ I want federal charges brought against Greene County Sheriff Department, and Lacey P.D. in Washington state. I'm tired of being harassed, profiled, and stalked and want it to stop. I'm going to Oakland and if it starts there, I'm going to file another lawsuit against Oakland. ~~Everywhere I go it has been happening and I~~ ~~want a federal judge to~~

THIS IS THE OLD COMPLAINT

IV. Relief — Written by Jamal Simmonds, *Jamal Simmonds*, JS

I want $100 million for all damages and everything I've been through from the time this began.